Roger Kent Pool
1301 Falcon Oaks Drive
Leander, Texas 78641
(512)-534-0533
rpool@roage.com
January 16, 2013

FILED
2013 JAN 17 AM 10: 56
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

Honorable Judge Sam Sparks
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Dear Honorable Judge Sam Sparks:

In Reference to Civil Action: A12CV1166 SS

The reason I will not attend the meeting arranged by the agents of the US TREASURY with INTERNAL REVENUE SERVICE Agent Ronald Forster, scheduled January 28th 2013, and overshadowed by a hearing with You February 15th 2013 should I choose not to attend, is that, As a man and as you well know, I enjoy remedy and recourse to the law and the right to due process of law by our Prime Source. Agents operating on the behalf of the UNITED STATES OF AMERICA, The INTERNAL REVENUE SERVICE and their subsidiaries did first violate my rights in the matter. I refuse to cooperate with criminals. I will not act in any way to incriminate myself and I will not be forced to relinquish any of my rights regardless of the consequences.

A man not guaranteed these rights by any so-called "civilized system of law" is not subject to that "civilized system of law", as any perceived contract upon which that system is based, lacks force in law, especially when, the man in question has exercised all peaceful, reasonable and timely means to duly notify in advance all involved as to his peaceful revocation of consent. Any act used to forcibly compel that man to such a "system" constitutes a criminal act and subjects that man to damages for which he retains the right and power to be made whole as a result of those same acts.

I can show clearly that, all times, I peacefully, reasonably, completely, courteously and in a timely manner, provided all involved the opportunity to comport themselves as the law requires and that the agents involved did not do likewise, and worse, committed acts contrary to the law and process stipulations of their own employ.

I demand that the agents of aforenamed entities be estopped and I demand that I be made whole of the damages, the agents within this "civilized system of law", have caused me and those I hold dear.

If the agents choose to return remedy and recourse and due process of law to this so-called "civilized system of law", such that it meets with my reasonable approval, then I may be willing to acquiesce and consent to such a system at a later time.

Dear Honorable Judge Sam Sparks
January 16, 2013
Page 2

Until that time, however, I will be recognized as being "lawfully apart" from that so-called "civilized system of law" and will remain immune from the actions of its agents in perpetuity or until such time when I willingly choose otherwise.

If as a matter of, expedience and necessity, you have not been charged with the authority and power required then I would ask that you please notify at least one who does and apprise him or her of the matter at hand.

I am certain that reasonable men can reach reasonable agreement.


Sincerely,

Roger Kent Pool