UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 FEB 22 PM 2:12
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 1:12-cv-1166-SS |
| ROGER K. POOL, | ) |
| Respondent. | ) |

### ORDER OF DISMISSAL

This matter is before the Court on the Petition to Enforce Internal Revenue Service Summons filed by Petitioner in the above-styled action. Upon motion by Petitioner indicating that Respondent has substantially complied with the Court's order and therefore this matter can be dismissed, it is this day,

ORDERED that this action be, and hereby is, DISMISSED, each party to bear its own costs.

SIGNED this 22nd day of February, 2013.

_____
SAM SPARKS
UNITED STATES DISTRICT COURT JUDGE